BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MJ-00213-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| ELENA GUTIERREZ, | |
| Defendant. | Judge: Hon. Edmund F. Brennan |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on November 6, 2014.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until December 5, 2014, at 2:00 p.m.
3. The defendant made her initial appearance on October 23, 2014, and preliminary hearing was scheduled for November 6, 2014.

///

Stipulation to Continue                   1                United States v. Gutierrez

4. The defendant is presently in custody at the Sacramento County Jail.
5. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.
    a. Given the nature of the allegations in the complaint, the severity of the applicable statutory penalties, and the nature and circumstances of the defendant, the research and investigation related to this case has required a substantial expenditure of time and energy by the parties.
6. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from November 6, 2014, through and including December 5, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

///

///

///

7. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: November 5, 2014      /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: November 5, 2014      /s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Attorney for Elena Gutierrez
(as authorized on November 4, 2014)

### ORDER

IT IS SO FOUND AND ORDERED, this 6th day of November, 2014.

_____
Hon. EDMUND F. BRENNAN
United States Magistrate Judge