LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com

Attorney for Defendant
CARL WOODRUFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARL WOODRUFF, and ELENA GUTIERREZ,<br><br>Defendants. | Case No.: 2:14-CR-333 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  May 7, 2015<br>Time:  9:00 a.m.<br>Court:  Hon. Morrison C. England, Jr. |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, Defendant Elena Gutierrez by and through her attorney Tasha Chalfant, and Defendant Carl Woodruff by and through his attorney Todd D. Leras, request that the Court continue the status conference in this matter to May 7, 2015, at 9:00 a.m.

ORDER CONTINUING STATUS CONFERENCE

An initial status conference is presently set on February 12, 2015.  The government has provided to the defense an initial and supplemental round of discovery, consisting of police reports, audio recordings, documents, and other materials related to investigation of the matter giving rise to the Indictment in this case.  This case involves an allegation of child abduction in which relevant actions occurred in the Eastern and Central Districts of California, the District of Nevada, the Eastern District of Virginia, as well as other locations.  Defense counsel require additional time to review these materials with their respective clients.  This review is a prerequisite to initiating timely defense investigation potentially involving multiple locations across the nation.  Additional time is also needed for discussion and consideration of potential defenses in the case.

For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference to May 7, 2015.  They also stipulate and agree that an exclusion of time up to and including May 7, 2015, is appropriate based on the need for reasonable preparation time.

All counsel have reviewed this proposed order and authorized Todd D. Leras to sign it on their behalf.

DATED:  February 9, 2015

By    /s/ Todd D. Leras for    
JUSTIN LEE
Assistant United States Attorney

DATED:  February 9, 2015

By    /s/ Todd D. Leras for    
TASHA CHALFANT
Attorney for Defendant
ELENA GUTIERREZ

DATED:  February 9, 2015

By    /s/ Todd D. Leras    
TODD D. LERAS
Attorney for Defendant
CARL WOODRUFF

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for February 12, 2015, is vacated and continued to May 7, 2015, at 9:00 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 12, 2015, up to and including May 7, 2015.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS CONFERENCE