LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com

Attorney for Defendant
CARL WOODRUFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARL WOODRUFF, and ELENA GUTIERREZ,<br><br>Defendants. | Case No.: 2:14-CR-333 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br><br>Date:     August 13, 2015<br>Time:     9:00 a.m.<br>Court:    Hon. Morrison C. England, Jr. |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, Defendant Elena Gutierrez by and through her attorney Tasha Chalfant, and Defendant Carl Woodruff by and through his attorney Todd D. Leras, request that the Court continue the status conference in this matter to August 13, 2015, at 9:00 a.m.

ORDER CONTINUING STATUS
CONFERENCE

This case involves an allegation of child abduction in which relevant actions occurred in the Eastern and Central Districts of California, the District of Nevada, the Eastern District of Virginia, as well as other locations.  Defense counsel are conducting investigation of matters at multiple locations across the nation.  This investigation is essential to explore potential defenses in the case and as a prelude to meaningful resolution discussions between the parties.

For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference to August 13, 2015.  They also stipulate and agree that an exclusion of time up to and including August 13, 2015, is appropriate based on the need for reasonable preparation time.

All counsel have reviewed this proposed order and authorized Todd D. Leras to sign it on their behalf.

DATED:  May 1, 2015

By    /s/ Todd D. Leras for  
       JUSTIN LEE  
       Assistant United States Attorney

DATED:  May 1, 2015

By    /s/ Todd D. Leras for  
       TASHA CHALFANT  
       Attorney for Defendant  
       ELENA GUTIERREZ

DATED:  May 1, 2015

By    /s/ Todd D. Leras  
       TODD D. LERAS  
       Attorney for Defendant  
       CARL WOODRUFF

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for May 7, 2015, is vacated. A new status conference is scheduled for August 13, 2015, at 9:00 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 7, 2015, up to and including August 13, 2015.

IT IS SO ORDERED.

DATED: May 5, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS CONFERENCE