PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ELENA GUTIERREZ, and<br>CARL RAY WOODRUFF,<br><br>                              Defendants. | CASE NO.  2:14-CR-00333-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: July 29, 2016<br>TIME:  9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on July 29, 2016.

2.      By this stipulation, defendants now move to continue the status conference until September 23, 2016, and to exclude time between July 29, 2016, and September 23, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 500 pages of reports and documents.  This discovery has been provided directly to defense counsel.  Additionally, counsel for the defendants have provided defense discovery to the United States.

        b)      Counsel for defendants desire additional time to consult with their clients, conduct

1   investigation related to the charges and potential defenses at trial, review the discovery, and

2   otherwise prepare for trial.  Additionally, this case involves conducted that occurred in at least

3   three federal judicial districts.

4         c)      Counsel for defendants believe that failure to grant the above-requested

5   continuance would deny counsel the reasonable time necessary for effective preparation, taking

6   into account the exercise of due diligence.

7         d)      The government does not object to the continuance.

8         e)      Based on the above-stated findings, the ends of justice served by continuing the

9   case as requested outweigh the interest of the public and the defendant in a trial within the

10  original date prescribed by the Speedy Trial Act.

11        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of July 29, 2016 to September 23,

13  2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14  T4] because it results from a continuance granted by the Court at defendants' request on the basis

15  of the Court's finding that the ends of justice served by taking such action outweigh the best

16  interest of the public and the defendant in a speedy trial.

17        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

18  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19  must commence.

20        IT IS SO STIPULATED

21

22  Dated:  July 26, 2016                    PHILLIP A. TALBERT
                                             Acting United States Attorney

23                                           /s/ JUSTIN L. LEE
                                             _____
24                                           JUSTIN L. LEE
                                             Assistant United States Attorney

25

26  Dated:  July 26, 2016                    /s/ TASHA CHALFANT
                                             _____
                                             TASHA CHALFANT
27                                           Counsel for Defendant
                                             Elena Gutierrez

28

1

Dated:  July 26, 2016

2                                                        /s/ TODD D. LERAS

3                                                        TODD D. LERAS
                                                         Counsel for Defendant
                                                         Carl Ray Woodruff

4

5

6                                        **FINDINGS AND ORDER**

7          IT IS SO FOUND AND ORDERED.

8          Dated:  July 27, 2016

9

10

11                                                        _____
                                                         GARLAND E. BURRELL, JR.
12                                                        Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER