```
TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICES OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
ELENA GUTIERREZ
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELENA GUTIERREZ,<br><br>Defendant. | No. 2:14-CR-00333 GEB<br><br>STIPULATION REGARDING TIME SERVED AND REQUEST FOR DEFENDANT'S RELEASE; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JUSTIN LEE, and the Defendant, ELENA GUTIERREZ by and through her counsel of record TASHA CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1. Ms. GUTIERREZ was arrested on this matter September 30, 2014.

2. She has remained in continuous custody since September 30, 2014.

3. On August 25, 2017, the Court sentenced Ms. GUTIERREZ to 36 months incarceration.

4. According to Bureau of Prisons, they calculate approximately 52 days credit off

1

per calendar year of time served.

5. By this stipulation, the government and defendant agree Ms. GUTIERREZ is "time served" on her 36 months sentence and should be released from custody. Plaintiff does not oppose this request.

All counsel have reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated: August 28, 2017      by:    /s/Tasha Chalfant for
                                                                 JUSTIN LEE
                                                                  Assistant U.S. Attorney
                                                                  Attorney for Plaintiff

Dated: August 28, 2017      by:    /s/Tasha Chalfant
                                                                  TASHA CHALFANT
                                                                  Attorney for Defendant
                                                                  ELENA GUTIERREZ

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that Ms. GUTIERREZ should be deemed time served and released from custody.

IT IS SO FOUND AND ORDERED.

Dated: August 29, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge